UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BUTCHER SPECIAL REPRESENTATIVE OF THE ESTATE OF ELIZABETH C. KENNISON; DORN KENNISON; PETER LAIRD A/K/A PETER L. KENNISON; UNKNOWN HEIRS AND LEGATEES OF ELIZABETH C. KENNISON; AND UNKNOWN OWNERS AND NON-RECORD CLAIMANTS; <br><br> Defendants. | Case No.: 14-CV-2364 <br><br> Judge: Samuel Der-Yeghiayan <br><br> Magistrate Judge: <br> Daniel G. Martin |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

Respectfully submitted,

ZACHARY T. FARDON

United States Attorney

By: *s/Caleb J. Halberg*
    CALEB J. HALBERG
    Attorney for the United States
    223 W. Jackson Blvd., Suite 610
    Chicago, IL 60606
    (312) 263-0003
    chalberg@potestivolaw.com

# CERTIFICATE OF SERVICE

I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on August 14, 2014, and on the following non-ECF filers by first class mailing August 15, 2014:

William P. Butcher as Special Representative
of the Estate of Elizabeth C. Kennison
2044 Ridge Road
Homewood, IL 60430

Dorn Kennison
68 Poinsetta Gardens Dr.
Ventura, CA 93004

Peter Laird a/k/a Peter L. Kennison
5052 Davis Road
Norton Shores, MI 49441

Unknown Heirs and Legatees of
Elizabeth C. Kennison
3902 W 214th Place
Matteson, Illinois 60443

Unknown Owners and Non-Record Claimants
3902 W 214th Place
Matteson, Illinois 60443

    *s/Caleb J. Halberg*
CALEB J. HALBERG
Attorney for the United States
223 W. Jackson Blvd., Suite 610
Chicago, IL 60606
(312) 263-0003
chalberg@potestivolaw.com